

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,447-01

**EX PARTE JEREMY WADE PUE, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR2008-214-1 IN THE 207TH DISTRICT COURT
### FROM COMAL COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of evading arrest with a vehicle and sentenced to thirty years' imprisonment as a habitual felon.

It appears that Applicant is represented by habeas counsel , and in his application he contends that the habitual enhancement was improper. The application was filed and set for submission on two issues, and briefs have been filed. This Court has determined that further briefing will be useful. The parties are invited to provide this Court with legal and policy arguments as to whether the

"finality" of an out-of-state conviction, for purposes of punishment enhancement in a Texas prosecution, should be determined in accordance with the law of the foreign jurisdiction or in accordance with Texas law. All briefs shall be filed with this Court within 45 days of the date of this order.

Filed:     November 1, 2017

Do not publish